Kevin N. Anderson (0100)
Jason W. Hardin (8793)
FABIAN & CLENDENIN,
 a Professional Corporation
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:   (801) 531-8900
Facsimile:   (801) 596-2814
kanderson@fabianlaw.com
jhardin@fabianlaw.com

Attorneys for Defendants Murray Energy Corporation, UtahAmerican Energy, Inc., Andalex Resources, Inc., and Genwal Resources, Inc.

## IN THE THIRD JUDICIAL DISTRICT COURT

## IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| MITCH HORTON,<br><br>         Plaintiff,<br><br>vs.<br><br>MURRAY ENERGY CORPORATION, an Ohio corporation; UTAHAMERICAN ENERGY, INC., a Utah corporation; ANDALEX RESOURCES, INC., a Delaware corporation; AGAPITO ASSOCIATES, INC., a Colorado corporation; Mike Hewlett General Manager of INTERMOUNTAIN POWER AGENCY (IPA), a political subdivision of the State of Utah; 10 unknown persons working for or under the authority of INTERMOUNTAIN POWER AGENCY; LOS ANGELES DEPARTMENT OF WATER AND POWER (LADWP), a political subdivision of the State of California; 10 unknown persons working for or under the authority of LOS ANGELES DEPARTMENT OF WATER AND POWER; GENWAL RESOURCES, INC., and Ohio Corporation and JOHN DOES 1-10,<br><br>         Defendants. | **NOTICE OF FILING NOTICE OF REMOVAL**<br><br>Civil No. 110916617<br><br>Judge Sandra N. Peuler |

1

**PLEASE TAKE NOTICE** that on December 9, 2011, Defendants Murray Energy Corporation, UtahAmerican Energy, Inc, Andalex Resources, Inc., and Genwal Resources, Inc. (collectively "**Defendants**") filed a Notice of Removal in the above-referenced action in the office of the Clerk of the United States District Court for the District of Utah, Central Division. A copy of Defendants' Notice of Removal, without exhibits, is attached hereto, and is served and filed herewith.

Dated: December 9th, 2011:

_____
Kevin N. Anderson, Esq.
Jason W. Hardin, Esq.
FABIAN & CLENDENIN,
 a Professional Corporation
Attorneys for Defendants Murray Energy
Corporation, UtahAmerican Energy, Inc.,
Andalex Resources, Inc., and Genwal
Resources, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this ___9___ day of December, 2011, I caused to be delivered via United States Postal Service, postage pre-paid, a true and correct copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** to:

> Dusten L. Heugly
> Daniel W. McKay
> Sonny J. Olsen
> HEIDEMAN, McKAY, HEUGLY, & OLSEN, LLC
> 1375 South 100 East
> Price, UT 84501
>
> Dale J. Lambert
> CHRISTENSEN & JENSEN
> 15 W. South Temple, Suite 800
> Salt Lake City, UT 84101

*/s/ Rachelle J. Mellor*