Kevin N. Anderson (0100)
Jason W. Hardin (8793)
FABIAN & CLENDENIN,
 a Professional Corporation
215 South State Street, Suite 1200
Salt Lake City, Utah  84111-2323
Telephone:      (801) 531-8900
Facsimile:       (801) 596-2814
kanderson@fabianlaw.com
jhardin@fabianlaw.com

Attorneys for Defendants Intermountain Power Agency, Los Angeles
Department of Water and Power, and General Manager of IPA

FILED
U.S. DISTRICT COURT
2012 FEB 15  P 3: 43
DISTRICT OF UTAH
BY:_____
  DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MITCH HORTON,<br><br>        Plaintiff,<br>vs.<br><br>MURRAY ENERGY CORPORATION, an Ohio corporation; UTAHAMERICAN ENERGY, INC., a Utah corporation; ANDALEX RESOURCES, INC., a Delaware corporation; AGAPITO ASSOCIATES, INC., a Colorado corporation; Mike Hewlett General Manager of INTERMOUNTAIN POWER AGENCY (IPA), a political subdivision of the State of Utah; 10 unknown persons working for or under the authority of INTERMOUNTAIN POWER AGENCY; LOS ANGELES DEPARTMENT OF WATER AND POWER (LADWP), a political subdivision of the State of California; 10 unknown persons working for or under the authority of LOS ANGELES DEPARTMENT OF WATER AND POWER; GENWAL RESOURCES, INC., an Ohio Corporation and JOHN DOES 1-10,<br><br>        Defendants. | **ORDER GRANTING DEFENDANTS INTERMOUNTAIN POWER AGENCY, LOS ANGELES DEPARTMENT OF WATER AND POWER, AND GENERAL MANAGER OF IPA'S EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM**<br><br>Case No.: 2:11-cv-01147-DB<br><br>Judge Dee Benson |

1

The Court, having reviewed the Defendants Intermountain Power Agency, the Los Angeles Department of Water and Power, and the General Manager of IPA's ("**IPA Defendants**") Ex Parte Motion for Leave to File an Overlength Reply Memorandum, and for good cause shown, hereby GRANTS the requested leave. The IPA Defendants are permitted to file their Reply Memorandum in support of their Motion to Dismiss Plaintiff's Amended Complaint, as described in the IPA Defendants' Motion.

DATED this 14th day of February, 2012.

BY THE COURT

Dee Benson

Honorable Dee Benson
United States District Court, District of Utah